# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Clarence Lee Clark</u>     Case Number: <u>3:10-00151-01</u>

Name of Current Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>Honorable R. Allan Edgar, U.S. District Judge (EDTN)</u>

Date of Original Sentence: <u>September 23, 2002</u>

Original Offense: <u>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) Possession with Intent to Distribute Cocaine Base (Crack) and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) Distribution of Cocaine Base (Crack)</u>

Original Sentence: <u>121 months' custody and 6 years' supervised release, later reduced to 112 months' custody and 6 years' supervised release</u>

Type of Supervision: <u>Supervised release</u>     Date Supervision Commenced: <u>September 18, 2009</u>

Assistant U.S. Attorney: <u>None Assigned</u>     Defense Attorney: <u>None Assigned</u>

---

The Court orders:

☒ No Action Necessary at this Time  *as recommended*
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ____ day of September, 2014,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Britton Shelton
U.S. Probation Officer

Place     Nashville, TN

Date     September 11, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| <u>1.</u> | **<u>The defendant shall refrain from any unlawful use of a controlled substance.</u>**<br>On August 27 and September 3, 2014, Mr. Clark tested positive for cocaine. He initially denied cocaine use, but in a meeting with the probation officer on September 3, he admitted to recent use while in a nightclub in Murfreesboro, Tennessee. |

### Compliance with Supervision Conditions and Prior Interventions:
Mr. Clarence Clark lives in Murfreesboro, Tennessee, and is currently employed by Averitt Trucking doing dock work. He was originally referred for substance abuse treatment services in February of 2010, after testing positive for cocaine and admitting to occasional use. Mr. Clark later completed an inpatient course of substance abuse treatment in the summer of 2010. He has remained in outpatient treatment with varying degrees of frequency since that time, based on his needs. Most recently, he was being seen for one session per month, as aftercare.

Based on his recent admitted use, his random drug testing frequency has been increased and he is agreeable to returning to weekly sessions with his therapist to address the relapse. The probation officer has advised Mr. Clark to take full advantage of treatment and use what he has learned to abstain from future drug use. Mr. Clark reported his use was a fleeting mistake in judgment and he wants to finish his last year on supervision on a strong note.

### U.S. Probation Officer Recommendation:
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Clark remain on supervised release, actively participate in outpatient substance abuse treatment, and not incur any future violations. The United States Attorney's office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: *[signature]*
Jim Perdue
Deputy Chief U.S. Probation Officer